UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICARDO ZAVALA, | No. C 13-01040 LB |
| Plaintiff, | **ORDER CONTINUING HEARING; ORDER RE SERVICE OF PROCESS ON REMAINING DEFENDANT** |
| v. | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE RALI 2006-QS8; organized and existing under laws of the United States, TRUSTEE CORPS, | |
| Defendants. | |

Plaintiff filed this lawsuit on March 7, 2013. *See* ECF No. 1. Defendant MTC Financial, Inc., doing business as Trustee Corps appeared in the case and filed a motion to dismiss on April 25, 2103 that is set for a hearing on June 6, 2013. *See* ECF No. 9. All appearing parties have consented to this court's jurisdiction. *See* ECF Nos. 6 and 15. Defendant Deutsche Bank Trust Company Americas as Trustee Rali 2006-QS8 ("Deutsche Bank") has not appeared, and the docket does not reflect that it has been served. The 120-day period to serve it expires on Friday July 5, 2013. *See* Fed. R. Civ. P. 4(m).

Under the circumstances, the court vacates the June 6, 2013 hearing and re-sets it to **August 1, 2013**, at **9:30 a.m.** Plaintiff is directed to serve Defendant Deutsche Bank by July 5, 2013 and to file proof of service by July 8, 2013 or risk dismissal of Defendant Deutsche Bank under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: May 15, 2013

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 13-01040
(ORDER)

2